*Wednesday, September 21, 1994*

## MERIT DOCKET

**94–1374.** Jackson v. Rogers. In Habeas Corpus. *Sua sponte,* cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–1530.** Ellis v. Rogers. In Habeas Corpus. *Sua sponte,* cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–1577.** Pohlable v. Russell. In Habeas Corpus. *Sua sponte,* cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–1612.** State ex rel. Johnson v. Ninth App. Judicial Dist. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–1631.** State ex rel. Sutton v. Russell. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–1633.** State ex rel. Cook v. Ohio Adult Parole Auth. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–1641.** State ex rel. Wagner v. Ohio Adult Parole Auth. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–1643.** State ex rel. Blankenship v. Ohio Adult Parole Auth. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–1656.** State ex rel. Pohlable v. Ohio Adult Parole Auth. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–1657.** Creech v. McAninch. In Habeas Corpus. *Sua sponte,* cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–1682.** State ex rel. Combs v. Ohio Parole Bd. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–1703.** State ex rel. Boddie v. Ohio Adult Parole Auth. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.